**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Violette Espinoza, | Case No.: 5:14-cv-01814-JGB-KK |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Caribbean Cruise Line, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of Dismissal by counsel, this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Date: January 27, 2015

_____
Hon. Jesus G. Bernal
United States District Judge